```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 18122
    PATSY M BREWER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4757


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/15/2008 and was not confirmed.

      The case was dismissed without confirmation 10/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG        .00           .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE     2179.80          .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00           .00            .00
COUNTRYWIDE HOME LOANS   UNSECURED       NOT FILED          .00            .00
CAPITAL ONE              UNSECURED         4479.92          .00            .00
CHICAGO DEPT OF REVENUE  UNSECURED          340.00          .00            .00
DEPENDON COLLECTION      UNSECURED       NOT FILED          .00            .00
EMERGENCY ROOM CARE PROV UNSECURED       NOT FILED          .00            .00
HOLY CROSS HOSPITAL      UNSECURED       NOT FILED          .00            .00
HSBC NV/GM CARD          UNSECURED       NOT FILED          .00            .00
HYDE PARK PODIATRY CENTE UNSECURED       NOT FILED          .00            .00
KOVITZ SHIFRIN & WAITZMA UNSECURED       NOT FILED          .00            .00
MARQUETTE RADIOLOGY ASSO UNSECURED       NOT FILED          .00            .00
MACYS RETAIL HOLDINGS    UNSECURED          639.48          .00            .00
NICOR GAS                UNSECURED       NOT FILED          .00            .00
US DEPT OF EDUCATION     UNSECURED       NOT FILED          .00            .00
LVNV FUNDING LLC ASSIGNE UNSECURED         6856.32          .00            .00
DEMITRUS STRIBLIN        NOTICE ONLY    NOT FILED          .00            .00
PHARRAH THOMAS           NOTICE ONLY    NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE  UNSECURED          440.00          .00            .00
CHASE HOME FINANCE LLC   MORTGAGE NOTI  NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE NOTI  NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS   SECURED NOT I       .00           .00            .00
ESTATES AT BROOKMERE OWN SECURED NOT I   2928.56           .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT      9.00           .00           9.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,500.00                      1,058.20
TOM VAUGHN               TRUSTEE                                          82.80
DEBTOR REFUND            REFUND                                          460.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               1,610.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 18122 PATSY M BREWER
```

```
PRIORITY                                                           9.00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,058.20
TRUSTEE COMPENSATION                                              82.80
DEBTOR REFUND                                                    460.00
                                          ---------------  ---------------
TOTALS                                           1,610.00         1,610.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
  Dated: 01/27/09                     _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

                              PAGE   2
CASE NO. 08 B 18122 PATSY M BREWER